RESTE REALTY CORP., PLAINTIFF-RESPONDENT,
v. JOY M. COOPER, DEFENDANT-PETITIONER.

*Messrs. Ravin & Ravin* for the respondent.

*Messrs. Calissi, Gelman & Cuccio* for the petitioner.

May 14, 1968. Granted.

ANTOINETTE BROZYNA, PLAINTIFF-RESPONDENT, v.
MIECZYSLAW BROZYNA, DEFENDANT-PETITIONER.

*Messrs. Rubenstein, Albert & Loukedis* for the petitioner.

*Mr. Abe D. Levenson* and *Mr. Cecil T. Woolsey* for the respondent.

May 14, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DOUGLAS ZOLD, DEFENDANT-PETITIONER.

*Mr. John A. Yacovelle, Jr.* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert L. Messick* for the respondent.

May 14, 1968. Denied.